MD-JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY S. FEICKERT,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 07-518 RNB<br><br>**J U D G M E N T** |

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: January 9, 2008

                        /s/ Robert N. Block
                        ROBERT N. BLOCK
                        UNITED STATES MAGISTRATE JUDGE